AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Callie Riddle | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   4:20-cv-4036-SAL |
| Officer Pablovic and Lt. Crystal Nichols | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed with prejudice and without issuance and service of process.

This action was *(check one)*:

❑ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❑ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge who adopted the Report and Recommendation of the Honoraable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   May 4, 2021

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes

_____
*Signature of Clerk or Deputy Clerk*